Todd D. Carpenter (CA 234464)
*tcarpenter@carlsonlynch.com*
**CARLSON LYNCH LLP**
1350 Columbia St. Ste. 603
San Diego, CA 92101
Tel: (619) 762-1900
Fax: (619) 756-6991

Jeffrey D. Kaliel (CA 238293)
*jkaliel@kalielpllc.com*
Sophia Goren Gold (CA 307971)
*sgold@kalielpllc.com*
**KALIEL PLLC**
1875 Connecticut Ave., 10th Floor
Washington, D.C. 20009
Tel: (202) 615-3948

*Attorneys for Plaintiff and Proposed Class Counsel*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN SCHERTZER individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BARNEYS NEW YORK, INC., a Delaware Corporation, and DOES 1-50, inclusive,<br><br>Defendant. | Case No. 3:19-cv-00320-H-LL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE THAT the above-captioned action is voluntarily dismissed with prejudice by Plaintiff Kristen Schertzer pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED: May 20, 2019           Respectfully submitted,


By: _____*/s/ Todd D. Carpenter*_____
　　　　　Todd D. Carpenter

CARLSON LYNCH LLP
Attorneys for Plaintiff